# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Fort Worth Division

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**

v.

Case Number:  4:24-CR-005-Y(1)
Jeffrey R. McLaren, assistant U.S. attorney

MICHAEL COTA

Jay Ethington, attorney for the defendant

On January 31, 2024, the defendant, Michael Cota, entered a plea of guilty to count one of the one-count information. Accordingly, the defendant is adjudged guilty of such count, which involves the following offense:

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 371, 18 U.S.C. § 1343 | Conspiracy to Commit Wire Fraud | May 31, 2021 | 1 |

The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed under Title 18, United States Code § 3553(a), taking the guidelines issued by the United States Sentencing Commission under Title 28, United States Code § 994(a)(1), as advisory only.

The defendant shall pay immediately a special assessment of $100.00 for count one of the one-count information.

The defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Sentence imposed September 30, 2025.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

Signed October 1, 2025.

Judgment in a Criminal Case
Defendant: Michael Cota
Case Number:  4:24-CR-005-Y(1)                                        Judgment -- Page **2** of **4**

## PROBATION

The defendant, Michael Cota, is hereby sentenced to a term of probation for a period of 3 years on count one of the one-count information.

## CONDITIONS OF PROBATION

The defendant, while on probation, shall comply with the standard conditions recommended by the U.S. Sentencing Commission at §5B1.3(c) of the U.S. Sentencing Commission Guidelines Manual, and shall:

not commit another federal, state, or local crime;

not possess illegal controlled substances;

not possess a firearm, destructive device, or other dangerous weapon;

cooperate in the collection of DNA as directed by the probation officer, as authorized by the Justice for All Act of 2004;

notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines or special assessments;

refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the Court.

not incur new credit charges, or open additional lines of credit without the approval of the probation officer;

provide to the probation officer complete access to all business and personal financial information;

maintain not more than one business and/or one personal checking account, and shall not open, maintain, be a signatory on, or otherwise use any other financial institution account without the prior approval of the probation officer;

not transfer, sell, give away, or otherwise convey any asset with a value of $500 or more without the approval of the probation officer; and

pay any remaining balance of restitution in the amount of $1,844,410.40, as set out in the judgment.

## FINE/RESTITUTION

The Court does not order a fine or costs of incarceration because the defendant does not have the financial resources or future earning capacity to pay a fine or costs of incarceration in addition to restitution.

The defendant is ordered to make restitution in the amount of $1,844,410.40 to be paid jointly and severally with James Flores, case no. 4:24-CR-306-Y. Of that, $45,617.75 shall be paid jointly and severally with Vivian Arriaga, case no. 4:24-CR-006-Y.  Restitution shall be paid to the U.S. District Clerk, 501 West 10th Street, Room 310, Fort Worth, TX 76102-3673, for disbursement to:

Judgment in a Criminal Case
Defendant: Michael Cota
Case Number:  4:24-CR-005-Y(1)                                    Judgment -- Page **3** of **4**

U.S. Small Business Administration
$1,844,410.40

     If, upon commencement of the term of probation, any part of the $1,844,410.40 restitution ordered by this judgment remains unpaid, the defendant shall make payments on such unpaid balance at the rate of at least $500 per month, the first such payment to be made no later than 60 days from the date of this judgment with another payment to be made on the same day of each month thereafter until the restitution is paid in full.

Judgment in a Criminal Case
Defendant: Michael Cota
Case Number:  4:24-CR-005-Y(1)                                    Judgment -- Page **4** of **4**

## **RETURN**

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

United States marshal


BY _____

deputy marshal